## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Carter, Monnie A

Printed:  1/8/08

Case Number:  05 B 52509
Judge:  Goldgar, A. Benjamin
Filed:  10/13/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  November 20, 2007
Confirmed:  December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,760.00 |  |
| Secured: |  | 6,613.59 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,694.00 |
| Trustee Fee: |  | 452.41 |
| Other Funds: |  | 0.00 |
| Totals: | 8,760.00 | 8,760.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 1,694.00 | 1,694.00 |
| 2. | Nationstar Mortgage LLC | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Chicago Ave Credit Union | Secured | 0.00 | 0.00 |
| 5. | Chicago Ave Credit Union | Secured | 10,446.50 | 2,976.99 |
| 6. | Great American Finance Company | Secured | 844.89 | 240.77 |
| 7. | CitiFinancial | Secured | 590.00 | 590.00 |
| 8. | Nationstar Mortgage LLC | Secured | 8,080.37 | 2,805.83 |
| 9. | RoundUp Funding LLC | Unsecured | 164.73 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 91.24 | 0.00 |
| 11. | Chicago Ave Credit Union | Unsecured | 365.60 | 0.00 |
| 12. | Specialized Management Consultants | Unsecured | 108.66 | 0.00 |
| 13. | World Financial Network Nat'l | Unsecured | 312.35 | 0.00 |
| 14. | Great American Finance Company | Unsecured | 6.02 | 0.00 |
| 15. | Chicago Ave Credit Union | Unsecured | 376.84 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 606.32 | 0.00 |
| 17. | Visa | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 23,687.52 | $ 8,307.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 163.89 |
| 5% | 99.41 |
| 4.8% | 125.25 |
| 5.4% | 63.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Carter, Monnie A

Printed:  1/8/08

Case Number:  05 B 52509

Judge:  Goldgar, A. Benjamin

Filed:  10/13/05

_____
$ 452.41

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

